UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-0253 |
| ) | JUDGE CAMPBELL |
| RICKY L. MYLES ) | |

## ORDER

The sentencing hearing in this case currently scheduled for September 7, 2012, at 10:00 a.m. is RESCHEDULED for September 7, 2012, at 2:30 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE